**WO**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael J. Brosnahan, | No. CV 09-08224-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| JPMorgan Chase Bank, formerly Washington Mutual Bank, California Reconveyance Company, | |
| Defendants. | |

Plaintiff Michael Brosnahan filed a Motion to Vacate and Motion to Recuse (Doc. 56) on November 5, 2010. Plaintiff claims that the undersigned is personally biased against him and has financial interest in this action and therefore should recuse himself. Plaintiff further claims that because the undersigned has been acting with bias, all his prior rulings should be vacated.

The Court construes Plaintiff's Motion as a motion to recuse for bias or prejudice pursuant to 28 U.S.C. §144. But because Plaintiff has not submitted a sufficient affidavit, the Court does not need to stay this case and assign another judge to decide the issue.

Plaintiff obviously strongly disagrees with the undersigned's prior rulings in this case. But the fact that the rulings did not go Plaintiff's way does not demonstrate that the undersigned has a personal bias against Plaintiff. Nor has Plaintiff shown how the undersigned

1

has a financial interest in any of the Defendants.  The Court finds that none of the grounds for disqualification listed in 28 U.S.C. §455 exists and that Plaintiff has not given any adequate reasons for vacating the prior rulings in this case.

Accordingly,

**IT IS ORDERED** DENYING Plaintiff's Motion to Vacate and Motion to Recuse (Doc. 56).

DATED this 16th day of November, 2010.

_____
James A. Teilborg
United States District Judge